MORTON v. KNIPE.

(Supreme Court, Appellate Division, Second Department.    October 9, 1908.)

Appeal from Trial Term, Kings County.

Action by Catherine Morton, by Catherine Morton, her guardian ad litem, against William Knipe. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial granted.

Argued before WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Catherine Morton v. Knipe (decided herewith) 112 N. Y. Supp. 451.

---

MORTON v. KNIPE.

(Supreme Court, Appellate Division, Second Department.    October 9, 1908.)

Appeal from Trial Term, Kings County.

Action by Byde Morton, by Catherine Morton, her guardian ad litem, against William Knipe. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed. and new trial granted.

Argued before WOODWARD, JENKS, HOOKER, GAYNOR, and MILLER, JJ.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of Catherine Morton v. Knipe (decided herewith) 112 N. Y. Supp. 451.

---

(128 App. Div. 79.)

BAXTER v. YORK REALTY CO.

(Supreme Court, Appellate Division, Second Department.    October 9, 1908.)

1. STATUTES—CONSTRUCTION—CONSTRUING ENTIRE STATUTE.
    All the words of a statute should be given a meaning, if possible.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 44, Statutes, §§ 282–288.]

2. WORDS AND PHRASES — "CONTIGUOUS," "ADJACENT," AND "ADJOINING" DIFFERENTIATED.
    Crabb's English Synonyms classifies together "adjacent," "adjoining," and "contiguous," and in defining them states that what is adjacent may be separated by some intervening object, what is adjoining must touch in some part, while that which is contiguous must touch entirely on one side.
    [Ed. Note.—For other definitions, see Words and Phrases, vol. 1, pp. 184–190; vol. 8, pp. 7565, 7566; vol. 2, pp. 1495, 1496.]

3. ADJOINING LANDOWNERS — EXCAVATIONS—CONTIGUOUS STRUCTURES—"CONTIGUOUS."
    The word "contiguous," in an ordinance providing that where an excavation goes below 10 feet, if the other party permits entrance, the excavator must preserve any adjoining or contiguous structure, contemplates nearness of a structure, but with intervening space, and any wall or structure is contiguous which is near enough to be disturbed by the excavation.

Appeal from Trial Term, Kings County.

Action by Lemuel W. Baxter against the York Realty Company. From a judgment for plaintiff, defendant appeals. Affirmed.